No. 294. G. GARAU & CÍA., PETICIONARIO, *v.* J. A. LÓPEZ ACOSTA, JUEZ DE DISTRITO, DEMANDADO. — *Certiorari.* Guayama. Junio 3, 1920. *Denegado.*

No. 296. MERCADO, PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DE DISTRITO.—*Certiorari.* Ponce. Junio 4, 1920. *Sin lugar.*

No. 297. ZAVALETA, PETICIONARIO, *v.* J. A. LÓPEZ ACOSTA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Guayama. Junio 5, 1920. *Sin lugar.*

No. 2249. CONESA, APELANTE, *v.* CASALS, DEMANDADO, Y DÍAZ, TERCERISTA, APELADA.—Tercería de bienes muebles. Guayama. Junio 8, 1920. *Desestimada.*

No. 2250. AMADEO, APELANTE, *v.* SÁNCHEZ MORALES & CÍA., APELADO.—Indemnización. Guayama. Junio 11, 1920. *Desestimada.*

No. 2216. RUIZ, APELANTE, *v.* KOCH LEZCANO, APELADA.— Indemnización de daños y perjuicios. Arecibo. Junio 12, 1920: *Desistida.*

No. 295. WOLKERS, PETICIONARIO, *v.* CAMPILLO, JUEZ DE DISTRITO.—*Certiorari.* San Juan, Sección Primera. Junio 14, 1920. *Desistido.*

No. 1536. EL PUEBLO, APELADO, *v.* ANZALOTA, APELANTE.— Daños maliciosos. San Juan, Sección Segunda. Junio 14, 1920. *Confirmada.*

No. 298. OLMO, PETICIONARIO, *v.* J. M. ROSSY, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* San Juan. Junio 17, 1920. *Sin lugar.*

No. 2262. SÁNCHEZ, APELADO, *v.* RODRÍGUEZ ET AL., APELANTES.—Daños y perjuicios. San Juan, Sección Primera. Junio 21, 1920. *Desestimada.*

No. 2146. NICOT, APELADO, *v.* VALDECILLA ET AL., APELANTES.—Convenio de deslinde. (Reconsideración.) Ponce. Junio 22, 1920. *Sin lugar.*

No. 2173. PIOVANETTI ET AL., APELADOS, *v.* PAZ ET AL., APELANTES.—*Mandamus.* (Reconsideración.) Ponce. Junio 24, 1920. *Sin lugar.*

No. 182. STUBBE ET AL., PETICIONARIOS, *v.* J. M. ROSSY,